# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELISSA KELLER | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 13-cv-1654 |
| GC SERVICES, L.P. *et al.* | : |
| Defendants. | : |

## ORDER

**AND NOW**, this 26th day of June, 2013, upon careful consideration of defendant American Education Services' motion to dismiss (Doc. No. 4), and plaintiff's opposition thereto, it is hereby **ORDERED**:

1. Plaintiff's claim against American Education Services, a fictitious name of the Pennsylvania Higher Education Assistance Agency, for a violation of the UTPCPL based on deceptive or fraudulent conduct is **DISMISSED WITHOUT PREJUDICE** to the right of plaintiff to file an amended complaint, if she can within the confines of Rule 11(b), within twenty days of the date hereof. Otherwise, the claim is dismissed with prejudice and American Education Services is dismissed as a party to this action.

2. The remainder of plaintiff's claims against American Education Services are **DISMISSED WITH PREJUDICE**.

                                                    s/ William H. Yohn Jr.
                                                    William H. Yohn Jr., Judge